*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f. (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

Reply to: New York



Joseph K. Jones, Esq.[††]
Benjamin J. Wolf, Esq.[††]
Anand A. Kapasi, Esq.[†]
Paul Gottlieb, Of Counsel

††Admitted NY, NJ, CT
†Admitted NY, NJ

https://legaljones.com

September 17, 2021

Hon. Ronnie Abrams, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:** *Hancock v. I.C. System, Inc.*
           **1:21-cv-07085 (RA)**

Your Honor:

    In accordance with the Order and Notice of Initial Conference [ECF No. 5], I write on behalf of Plaintiff and the putative class, *on consent*, to request that the Fed. R. Civ. P. §16 Conference currently scheduled for November 24, 2021 be rescheduled to any of the following earlier dates:

- October 13, 2021 (afternoon);
- October 18, 2021;
- October 20, 2021 (morning).

    Thank you for your special attention to this matter. Should you have any further questions please do not hesitate to contact me.

                                                Respectfully submitted,

                                            */s/ Benjamin J. Wolf*
                                            Benjamin J. Wolf, Esq.
                                            bwolf@legaljones.com

Cc: Joseph Proulx, Esq. (*via* ECF)

Application granted. The initial telephone conference scheduled for November 24, 2021 is rescheduled for October 13, 2021 at 4:00 p.m. The joint letter and proposed case management plan described at Dkt. 5 shall be due October 8, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/20/2021