UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROXANNE HANCOCK, on behalf of herself and all others situated,<br><br>Plaintiff,<br><br>-against-<br><br>I.C. SYSTEM, INC.; and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No. 1:21-cv-07085 (RA)<br><br><br><br>~~(proposed)~~ JUDGMENT |

Defendant, I.C. SYSTEM, INC., ("IC") served, on or about January 18, 2022, upon the Plaintiff, Roxanne Hancock, an offer to allow judgment to be taken against them pursuant to Federal Rule of Civil Procedure 68,

The Plaintiff, Roxanne Hancock, accepted the defendant IC's Offer of Judgment by the filing of a Notice of Acceptance of Offer of Judgment on January 26, 2022, within 14 days of the Offer; therefore,

IT IS, on this __27th__ day of __January__, 2022,

Ordered that the Clerk of Court shall forthwith enter judgment in favor of the Plaintiff, Roxanne Hancock, and against the defendant IC for actual and statutory damages in the amount of $1,050.00, with reasonable attorney's fees and taxable costs with respect to the claims against IC.

All scheduled conferences and deadlines are hereby adjourned. The Clerk of Court is respectfully directed to close this case.

_____
Hon. Ronnie Abrams
USDJ