# EXHIBIT A

**JONES, WOLF & KAPASI, LLC**
One Grand Central Place
60 East 42nd. Street, 46th. Floor
New York, NY 10165
(646) 459-7971

---

Hancock v. IC Systems, Inc.
Civil Case No.: 1:21-cv-0785 RA-RWL
SDNY

January 31, 2022

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2021 | BW | File Review---first communication from IC, | 0.40 475.00/hr | 190.00 |
| | BW | Draft---dispute letter to IC | 0.20 475.00/hr | 95.00 |
| 7/2/2021 | BW | File Review--response to dispute letter from IC | 0.30 475.00/hr | 142.50 |
| 7/28/2021 | JKJ | Draft Complaint, civil cover sheet, Summons | 2.60 575.00/hr | 1,495.00 |
| 8/1/2021 | BW | Phone call with client re: review draft of Complaint | 0.50 475.00/hr | 237.50 |
| 8/5/2021 | BW | Draft - final revisions to Complaint | 0.40 475.00/hr | 190.00 |
| 8/22/2021 | JKJ | prepare Summons, Civil Cover Sheet and upload with Complaint via ECF | 0.75 575.00/hr | 431.25 |
| | JKJ | email copy of filed Complaint to client | 0.10 575.00/hr | 57.50 |
| 8/23/2021 | BW | Phone call with client | 0.20 475.00/hr | 95.00 |
| 9/13/2021 | BW | File Review--emails from Spectrum, correspondence from P re communications from Spectrum | 0.20 475.00/hr | 95.00 |
| 9/14/2021 | BW | Review and markup ---Answer, Affirmative defenses, 7.1 notice, notice of pendency of other actions | 1.10 475.00/hr | 522.50 |

Hancock v. IC Systems, Inc.                        Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2021 | BW | email copy of Answer to client | 0.10<br>475.00/hr | 47.50 |
|  | JKJ | Phone call with client | 0.30<br>575.00/hr | 172.50 |
| 9/15/2021 | BW | Draft--Rule 26 disclosures, document preservation notice | 0.50<br>475.00/hr | 237.50 |
| 9/17/2021 | BW | Draft--ltr to court to move up Rule 16 Conference | 0.20<br>475.00/hr | 95.00 |
| 10/4/2021 | BW | Draft--CMO and joint letter for Rule 16 Conference | 0.80<br>475.00/hr | 380.00 |
| 10/11/2021 | BW | Phone call with client | 0.20<br>475.00/hr | 95.00 |
| 10/13/2021 | BW | File Review---prep for Rule 16 Conference | 0.40<br>475.00/hr | 190.00 |
|  | BW | Court Appearance---Rule 16 Conference | 0.20<br>475.00/hr | 95.00 |
| 10/19/2021 | BW | Draft---class definition, discovery demands (admissions, interrogatories, ntp) | 2.75<br>475.00/hr | 1,306.25 |
|  | JKJ | Review and mark up drafts of discovery demands | 0.75<br>575.00/hr | 431.25 |
| 10/20/2021 | BW | Draft---discovery demands (interrogatories, admissions, NTP) | 0.75<br>475.00/hr | 358.23 |
| 11/3/2021 | JKJ | File Review---Defendant's discovery demands | 0.60<br>575.00/hr | 345.00 |
| 11/4/2021 | BW | Phone call with client---re discovery | 0.75<br>475.00/hr | 356.25 |
| 11/22/2021 | BW | Draft---responses to D interrogatories | 0.80<br>475.00/hr | 380.00 |
| 11/23/2021 | BW | Draft-response to D admissions and NTP, Hancock1- Hancock20 | 2.10<br>475.00/hr | 996.44 |
| 11/29/2021 | BW | Phone call with client--re D's interrogatories, NTP and admissions | 0.40<br>475.00/hr | 190.00 |

Hancock v. IC Systems, Inc.                                                                                                                           Page     3

|              |     |                                                                                                                                  | Hrs/Rate          | Amount   |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 11/30/2021   | BW  | Draft---responses to d admissions, NTP and interrogatories, P voicemail bates stamp                                              | 2.50<br>475.00/hr | 1,187.50 |
|              | JKJ | Review and mark up draft responses to Defendant's discovery demands                                                              | 1.10<br>575.00/hr | 632.50   |
| 12/2/2021    | BW  | File Review-- D deposition notice review                                                                                         | 0.10<br>475.00/hr | 47.50    |
|              | BW  | File Review---D's amended notice of deposition                                                                                   | 0.10<br>475.00/hr | 47.50    |
| 12/3/2021    | BW  | File Review---D discovery responses and document production.                                                                     | 2.25<br>475.00/hr | 1,068.75 |
| 12/22/2021   | BW  | Draft---discovery deficiency letter to D                                                                                         | 1.68<br>475.00/hr | 798.40   |
|              | BW  | Draft--subpoena to Spectrum/Charter, research about Spectrum/Charter                                                             | 0.50<br>475.00/hr | 237.50   |
| 12/23/2021   | BW  | Draft---deficiency letter to D                                                                                                   | 0.50<br>475.00/hr | 237.50   |
| 1/5/2022     | BW  | File Review--1/4/22 letter from Charter Communications in response to subpoena                                                   | 0.20<br>475.00/hr | 95.00    |
| 1/7/2022     | BW  | File Review--prep for meet/confer with D                                                                                         | 0.40<br>475.00/hr | 190.00   |
|              | BW  | Telephone call with opposing counsel--meet/confer re D discovery deficiencies                                                    | 0.50<br>475.00/hr | 237.50   |
| 1/10/2022    | BW  | File Review---prep for call with Spectrum's counsel                                                                              | 0.30<br>475.00/hr | 142.50   |
|              | BW  | call w/ Spectrum's in house counsel                                                                                              | 0.20<br>475.00/hr | 95.00    |
| 1/11/2022    | BW  | Draft--email to D with Hancock22 and whether will consent to adjourning depositions pending resolution of discovery dispute, and redacting Hancock22. | 0.20<br>475.00/hr | 95.00    |
| 1/14/2022    | BW  | Legal Research--protective order to adjourn deposition pending discovery dispute                                                 | 0.50<br>475.00/hr | 237.50   |
|              | BW  | Draft--letter motion for protective order re P's deposition                                                                      | 1.80<br>475.00/hr | 855.00   |

Hancock v. IC Systems, Inc.                                                                 Page    4

|            |     |                                                          | Hrs/Rate        | Amount     |
|------------|-----|----------------------------------------------------------|-----------------|------------|
| 1/18/2022  | JKJ | Review Offer of Judgment                                 | 0.10 575.00/hr  | 57.50      |
| 1/21/2022  | JKJ | Phone call with opposing counsel                         | 0.30 575.00/hr  | 172.50     |
| 1/26/2022  | BW  | Draft--notice of acceptance of OJ w Ex. A OJ             | 0.30 475.00/hr  | 142.50     |
|            | JKJ | email to opposing counsel re: accept Offer of Judgment   | 0.10 575.00/hr  | 57.50      |
|            | BW  | Draft: Notice of Acceptance - Offer of Judgment, file via ECF | 0.30 475.00/hr | 142.50  |
|            |     | **For professional services rendered**                   | **32.28**       | **$16,004.32** |

Additional Charges :

| 8/22/2021  | Filing Fee            | 402.00 |
|------------|-----------------------|--------|
| 8/23/2021  | process of service    | 89.00  |
| 10/20/2021 | Postage               | 2.20   |
| 12/6/2021  | Postage               | 2.56   |
|            | **Total additional charges** | **$495.76** |
|            | **Total amount of this bill** | **$16,500.08** |
|            | Balance due           | $16,500.08 |