USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROXANNE HANCOCK, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

IC SYSTEM, INC.,

        Defendant.

21-CV-7085 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    June 29, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge